**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Keith Walker

                                  Plaintiff,

v.                                          Case No.:
                                          1:21−cv−04231
                                          Honorable John F.
                                          Kness

Administrator of the Estate of Former Chicago Police
Department Commander Jon Burge, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 7, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Defendant's unopposed motion to extend fact discovery from 7/6/23 to 11/6/23 (doc. #[221]) is granted. The parties' joint motion for leave to depose Marcus Bell in custody (doc. #[222]) is granted, and in the Court's discretion to manage discovery, see Jones v. City of Elkhart, Ind., 737 F.3d 1107, 1115 (7th Cir. 2013), the Court resolves the order of questioning by declaring that plaintiff shall question Bell first. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.