# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| KEITH WALKER,<br><br>     Plaintiff,<br>  v.<br><br>ADMINISTRATOR OF THE ESTATE OF<br>FORMER CHICAGO POLICE DEPARTMENT<br>COMMANDER JON BURGE, *et al.*,<br><br>     Defendants. | No. 21 C 4231<br><br>Hon. John F. Kness,<br>District Judge<br><br>Hon. Gabriel A. Fuentes,<br>Magistrate Judge<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW**

Plaintiff's undersigned counsel, Loevy & Loevy, respectfully move for leave to withdraw, stating as follows:

1. With the consent of their client, Plaintiff's counsel previously filed a motion to dismiss this case without prejudice. Dkt. 241. That motion is pending; a briefing schedule having been set. Dkt. 248.

2. Plaintiff's counsel have been informed by their client that he no longer wishes to dismiss the case.

3. In addition, Plaintiff's counsel has learned of facts that they believe prevent them from representing Mr. Walker further in this litigation.

4. Plaintiff's counsel has informed Mr. Walker that they must file a motion to withdraw.

5. Plaintiff's counsel believes that their obligations to Mr. Walker prevent them from including further information in this public filing, but Plaintiff's counsel is available to apprise

the Court should the Court desire additional information. Under the circumstances, Plaintiff's counsel believes that such a communication to the Court should be *in camera* and *ex parte*.

6. Plaintiff's counsel has discussed the foregoing with Mr. Walker, who does not oppose Plaintiff's counsel's withdrawal and has directed counsel to transfer his file to him.

7. Plaintiff's counsel is unaware at this time whether Mr. Walker has retained new counsel.

8. Upon filing and noticing this motion, Plaintiff's counsel will deliver a copy of this motion and notice of hearing to Mr. Walker's address and will continue to make attempts to communicate with Mr. Walker to advise him of the date of the hearing on their motion to withdraw.

9. While the motion to withdraw is pending, and until Mr. Walker determines what counsel will represent him going forward, the undersigned counsel respectfully suggest that any ruling on Mr. Walker's pending motion to dismiss without prejudice and any pending discovery should be held in abeyance.

WHEREFORE, Plaintiff's counsel respectfully requests leave to withdraw as counsel for Plaintiff Keith Walker in this matter.

RESPECTFULLY SUBMITTED,

By:/s/ Sean Starr
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steve Art
Sean Starr
Quinn Rallins
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Sean Starr, an attorney, certify that on October 19, 2023, I filed the foregoing PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Sean Starr
*One of Plaintiff's Attorneys*