**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Keith Walker,         ) | |
|      ) | |
|         Plaintiff,    ) | Case No. 21-cv-4231 |
|      ) | |
|      ) | |
| v.      ) | |
|      ) | District Judge John F. Kness |
|      ) | |
| Administrator of the Estate of Former Chicago ) | Magistrate Judge Gabriel A. Fuentes |
| Police Department Commander Jon Burge, *et* ) | |
| *al.*,      ) | |
|         Defendants.    ) | |

**Joint Status Report**

Pursuant to this Court's November 21, 2023, Minute Entry (Dkt. 281, *see also* Dkt. 266 reset per emails), the Parties submit the following Joint Status Report:

1. Since the last status report on discovery, the parties have engaged in significant motion practice (Plaintiff's Motion to Withdraw and Motion to Voluntarily Dismiss) and Plaintiff has substituted his counsel. Fact discovery was stayed for the most part during that timeframe and the Court was made aware of the significant amount of fact discovery that remained and the additional fact discovery Defendants anticipated based upon the content to Marcus Bell's recorded prison calls with Plaintiff and others.

2. The parties have conferred on the fact discovery that remains to be completed and based on those discussions submit the following agreed schedule to complete all remaining non-*Monell* fact discovery and expert discovery:

> Fact Discovery Completed by May 10, 2024;
> Plaintiff to disclose Rule 26(a)(2) Experts by June 28, 2024;
>      *Plaintiff anticipates disclosing two experts: 1) damages, 2) confessions.*
> Defendants to depose Plaintiff's experts by August 16, 2024;
> Defendants to disclose Rule 26(a)(2) Experts by September 27, 2024;
> Plaintiff to depose Defendants' experts by November 15, 2024.

1

**Remaining Fact Discovery**

3. <u>Marcus Bell's Deposition</u>: Mr. Bell's deposition was taken on November 22, 2023, pursuant to writ, and, after 5 hours and 36 minutes on the record, as discussed with Court, it ended before it could be completed. Mr. Bell's projected parole date is still December 7, 2023, according to the Illinois Department of Corrections' website. Mr. Bell provided his cell phone number and that of his sister (Shantera Bell) and agreed to cooperate with counsel to schedule a date to finish his deposition upon his release. When the deposition is reconvened, Defendants anticipate needing an additional 3 hours to complete their questioning of Mr. Bell to fully address the over 30 recorded calls between him and Plaintiff. Plaintiff opposes requiring Mr. Bell to sit for a deposition beyond the 7 hours allowed by Rule 30(d)(1). The parties will await guidance from the Court as to the need for motion practice on this matter or, since the Court is already familiar with the matter, schedule a hearing.

4. <u>Party Depositions</u>: Defendants Griffin, Golubiak, Byrne and McDowel Simmons Pittman have been deposed. Nine Defendants (McWeeny, Halloran, Smith, Caesar, Lane, Brankin, Moser, Byrd, and Ford) and Plaintiff still need to be deposed. Plaintiff's counsel as provided her available dates in December and into early January and the parties have confirmed the following schedule:

| | |
|---|---|
| 12/14/23 | William Moser |
| 2/19/24 | Doris Byrd |
| 2/7/24 | Nicholas Ford |
| 3/22/24 | Plaintiff, Keith Walker |

The parties will continue to work together to schedule the remaining Party depositions.

**5.** <u>Third Party Depositions</u>: The parties agree that there are still an additional 15-20 third-party witness depositions that still need to be completed. Two of those witnesses, Yousef Trice and Felica Johnson, are under subpoena, but the litigation of the other matters in October prevented those depositions from proceeding. The parties await confirmation from these witnesses as to rescheduling their depositions. The other witnesses include: Shantera Bell, Jerome Craft, Brian Smith (incarcerated), Amelia Stevens, Russell Coles, Eric Thompson, Assts. Atty General Rick Cenar and Edward Snow, Exoneration Project Attorney Lauren Muller, former Assistant State's Attorney Tom Lyons, Marcus Bell's criminal defense attorney, Antonio Martinez, Vern Barrow, Beatrice Barrow and Theresa Barrow. This is not an exhaustive list, as the parties anticipate additional witnesses may be identified as fact discovery progresses and additional subpoenaed materials are obtained.

### Other Issues Pending Before the Court

6. Defendant, Anthony Maslanka, died during the pendency of this lawsuit, notice of which was filed on January 19, 2023. (Dkt. 183.) Plaintiff's motion to appoint a special representative for deceased defendant Maslanka (Dkt. 194) was referred to this Court (Dkt. 197). Defendant Officers filed a response in partial opposition to that motion. (Dkt. 199). Plaintiff's position on the matters raised by Defendant Officers is that a special representative should be appointed to represent the decedent.

Date: December 1, 2023

Respectfully submitted,

/s/ *Stacy A. Benjamin*
**Special Assistant Corporation Counsel for Daniel Mcweeny, John Halloran, Anthony Maslanka, William Moser, Louis Caesar, Thomas Brankin, Robert Lane, John Smith, David Golubiak, John Griffin, and John Byrne, together with Douglas Stalley as Personal Representative for the Estate of Jon Burge, Susan Mccann as Special Representative for the Estate of John Mccann, Geri Lynn Yanow as Special Representative for the Estate of Nick Crescenzo and the Estate of Craig Cegielski**

Eileen E. Rosen
Stacy A. Benjamin
Brittany D. Johnson
Jessica Zehner
Rock, Fusco & Connelly, LLC
333 W Wacker Drive, Floor 19
Chicago, Illinois 60606
(312) 494-1000
sbenjamin@rfclaw.com

**Defendants Nicholas Ford and Michelle McDowell Simmons**
By: *Michael F. Iasparro*

James M. Lydon
Michael F. Iasparro
Michael C. Stephenson
Hinshaw & Culbertson, LLP
151 N. LaSalle St., Ste. 2500
Chicago, Illinois 60606
(312) 704-3000
miasparro@hinshawlaw.com

/s/ *Daniel Noland*
**Special Assistant Corporation Counsel for the City of Chicago and Anthony Schumann as Special Representative of Defendant Leroy Martin**

Terrence Burns
Daniel Noland
Paul Michalik
Reiter Burns, LLP
311 S. Wacker Dr. Suite 5200
Chicago, IL 60606
(312) 982-0090
dnoland@reiterburns.com

**Defendant Byrd**
/s/ *Brian P. Gainer*
**One of the Attorneys for Defendant Byrd**

Brian P. Gainer
Lisa M. McElroy
JOHNSON & BELL, LTD.
33 W. Monroe St., Ste. 2700
Chicago, Illinois 60603
(312) 372-0770
gainerb@jbltd.com

**Plaintiff Keith Walker**

By:     /s/ Jeanette Samuels

SAMUELS & ASSOCIATES, LTD.
53 West Jackson Blvd., Suite 831
Chicago, Illinois 60604
T: 872.588.8726
F: 872.813.5256
E: sam@chicivilrights.com

4