**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Keith Walker

                                                                    Plaintiff,

v.                                                                              Case No.:
                                                                              1:21−cv−04231
                                                                              Honorable John F.
                                                                              Kness

Administrator of the Estate of Former Chicago Police
Department Commander Jon Burge, et al.

                                                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 1, 2023:

    MINUTE entry before the Honorable Gabriel A. Fuentes: The joint status report (doc. #[284]) was highly informative as to the parties' plan for completion of discovery, and although the proposed fact extension to 5/10/24 represents a significant extension of the earlier fact cutoff of 11/6/23, the Court appreciates that the significant litigation and discovery that recently arose in the case due to the partial Bell deposition and production of related documents, the Court will grant that extension and will mark it as final. A number of party and non−party depositions have yet to be conducted, so as long as the parties remain in the litigation portal, more of those depositions need to be scheduled and noticed over the next month or two so that they can be conducted in early 2024, in time for the final fact cutoff. As to the length of the Bell deposition, the Court reserves ruling until and unless it receives a motion compliant with Local Rule 37.2, although the Court suggests that if such motion is to be made, the 37.2 discussion and the motion should occur before the remainder of the current deposition, and not afterward. Mr. Bell should have to appear only one more time. As for the remainder of the schedule, the Court will set the expert schedule as proposed, given that fact closure on 5/10/24 is final: (1) Rule 26(a)(2) expert disclosures due from plaintiff no later than 5 p.m. on 6/28/24 and from defendant by 5 p.m. on 9/27/24, and (2) expert depositions to occur within 45 days of service of their disclosures to that all expert discovery is closed on 11/12/24. The next joint status report on discovery progress (with identification of witnesses who have been deposed or noticed for deposition by then with agreement to appear on the noticed dates) and settlement status is due by noon on 1/18/24. The Court wishes all a happy and joyous holiday season. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.