IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Keith Walker, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21 CV 4231 |
| | ) |
| Administrator of the Estate of Former | ) Judge KNESS |
| Chicago Police Department Commander | ) |
| Jon Burge, *et al.*, | ) Magistrate Judge FUENTES |
| | ) |
| Defendants. | ) |

## **MOTION TO WITHDRAW AS COUNSEL**

NOW COMES the undersigned counsel, Jeanette Samuels, moving to withdraw as counsel for Plaintiff. In support thereof, Plaintiff states as follows:

1. After undersigned counsel was retained to represent Plaintiff, an unexpected personal matter arose for undersigned counsel that has and will continue to require a great amount of time to handle.

2. Accordingly, undersigned counsel worked with Plaintiff to find him replacement counsel, and has been working with that counsel to bring him up to speed on the status and facts of the case.

3. On 28 December 2023, Attorney Jarrett Adams filed an appearance on behalf of Plaintiff.

4. Accordingly, undersigned counsel now moves to withdraw from this matter.

5. Undersigned counsel's withdrawal will not affect any scheduling orders currently in place with the court.

1

WHEREFORE the undersigned counsel, Jeanette Samuels, respectfully requests that this Court grant her motion to withdraw, and provide any such other relief it deems equitable and just.

Dated: 4 January 2024                                    Respectfully Submitted,

                                                  By:     /s/ Jeanette Samuels

                                                          SAMUELS & ASSOCIATES, LTD.
                                                          53 West Jackson Blvd., Suite 831
                                                          Chicago, Illinois 60604
                                                          T: (872) 588-8726
                                                          F: (872) 813-5256
                                                          E: sam@chicivilrights.com

**CERTIFICATE OF SERVICE**

 The undersigned counsel swears on oath that a true and complete copy of the foregoing was served on all counsel of record via the court's electronic filing system on 17 January 2024.

s/ Jeanette Samuels