Keith Walker

          Plaintiff,

v.

Case No.: 1:21−cv−04231

Honorable John F. Kness

Administrator of the Estate of Former Chicago Police Department Commander Jon Burge, et al.

          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 21, 2024:

    MINUTE entry before the Honorable Gabriel A. Fuentes: Yet another counsel, this time Attorney Adams, has moved to withdraw from representation of plaintiff (doc. #[300]), and the anticipated grant of this motion by the district court apparently would leave plaintiff unrepresented. In the meantime, discovery in this matter was set to conclude in 2023, as the Court discussed with the parties at the last status hearing on 2/5/24 (doc. #[299]), when the Court set a further status hearing for 3/8/24 to allow Attorney Adams to review certain recorded conversations said to be relevant to various issues in the case. Moreover, as also discussed at the 2/5/24 status hearing, a fairly substantial number of depositions appeared to remain. As supervisor of discovery under the referral, the Court questioned then, and it questions now, the degree to which months of additional deposition and document discovery are proportional to the needs of this case, particularly given our current understanding that if such discovery proceeds, new counsel will need to spend weeks or months reviewing recordings that Attorney Adams now will likely not review, as he is seeking to withdraw. The Court believes that all good things must come to an end, or as Chaucer put it, "at the laste, as every thing hath ende, She took hir leve, and nedes wolde wende." Geoffrey Chaucer, Troilus and Criseyde, Book III, Verse 88 (ca. 1380), reprinted in Mortimer Adler, Great Books of the Western World, Vol. 22 at 66 (Encyclopaedia Britannica 1952). At this point, the 3/8/24 status hearing is stricken and moved up to 10 a.m. on 2/27/24 in Courtroom 2266 of the Dirksen U.S. Courthouse, so that the parties might address plaintiff's representation status, the ability of defendant(s) to file a summary judgment motion based on the extensive discovery record now developed, and the proportionality of further discovery. Counsel for attorney Myerscough−Muller is invited to attend that hearing and to be heard (as the Court previously contemplated) if her deposition still is being sought. If plaintiff is still represented, his counsel must appear. If he is not represented, he must appear in person at this hearing. Before Adams withdraws or executes his withdrawal if permitted by the district court, Adams is ordered to serve this order upon plaintiff. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.