**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KEITH WALKER, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 21-CV-4231 |
| v. | ) | |
| | ) | District Judge Sunil R. Harjani |
| ADMINISTRATOR OF THE ESTATE | ) | |
| OF FORMER CHICAGO POLICE | ) | Magistrate Judge Gabriel A. Fuentes |
| DEPARTMENT COMMANDER JON | ) | |
| BURGE, *et al.*, | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION FOR LEAVE
TO DEPOSE MARCUS BELL WHO IS A CONFINED PERSON**

Defendants, by their respective undersigned counsel, move for leave, under Fed. R. Civ. P. 30(a)(2)(B), to depose a confined person, Marcus Bell, IDOC number B62100, and state as follows:

1.      Plaintiff's complaint alleges he was wrongfully convicted for the 1991 attempted armed robbery and murder of Shawn Wicks. He was convicted along with Marcus Bell, and two other co-defendants.

2.      Because Bell is a material witness in this case,[1] defendants previously moved for this Court to issue a writ of *habeas corpus ad testificandum* requiring Bell to appear in Court in November 2023 for his deposition because Bell was incarcerated and set to be released on parole in December 2023. (Dkt. 262.) The Court granted that motion. (Dkt. 266.)

---

[1] The Parties' Joint Motion for Leave to Depose Marcus Bell (Dkt. 222) and Defendants' Motion to Reconsider Deposition Priority of Marcus Bell (Dkt. 270) explained, in detail, the materiality of Mr. Bell in this case.

3. Bell's deposition commenced on November 22, 2023, but the parties did not conclude it. As discussed on the record, which was later filed with the Clerk, the deposition concluded at 4:30 p.m. due to staffing limitations associated with the upcoming Thanksgiving Holiday. (Dkt. 282; *see*, Ex. A, Bell Dep. Tr. at 112-13, Nov. 22, 2023; Dkt. 283.)

4. After confirming that Bell's deposition will need to be continued, Bell agreed to cooperate with counsel to reschedule and finish his deposition. (Ex. A at 115:4-8.) Bell provided his cellphone number, as well as a family member's number, to help coordinate his continued deposition. (*Id*. at 115:20-24; 116:1-4.)

5. Thereafter, defendants tried contacting and locating Bell to complete his deposition but to no avail. Defendants recently learned that Bell has since been re-confined. (Ex. B, IDOC webpage, Feb. 6, 2025.)

6. According to the IDOC website, Bell was admitted on November 29, 2024, with a projected parole date of "to be determined." (Ex. B.) Defendants will serve Bell with subpoena and depose him while he is confined, but Defendants first need leave of Court under Fed. R. Civ. P. 30(a)(2)(B).

7. Prior to filing this motion, undersigned counsel confirmed with Plaintiff's counsel that he has no objection to the relief sought in this motion and agrees the parties need to continue and finish Bell's deposition.

WHEREFORE, Defendants respectfully request an order granting them leave to depose Marcus Bell, IDOC number B62100, pursuant to Fed. R. Civ. P. 30(a)(2)(B), and for any other relief this Court deems just and reasonable.

2

Date: February 6, 2025

Respectfully submitted,

**_Defendants Nicholas Ford and Michelle McDowell Simmons_**

By: _Michael C. Stephenson_

James M. Lydon
Michael F. Iasparro
Michael C. Stephenson
Hinshaw & Culbertson, LLP
151 N. LaSalle St., Ste. 2500
Chicago, Illinois    60606
(312) 704-3000
jlydon@hinshawlaw.com
miasparro@hinshawlaw.com
mstephenson@hinshawlaw.com

By: _/s/ Stacy A. Benjamin_
Special Assistant Corporation Counsel
_One of the attorneys for Defendant Officers_

Eileen E. Rosen
Stacy A. Benjamin
Patrick R. Moran
Andrew J. Grill
Brittany D. Johnson-Delgado
333 W. Wacker Drive, 19th Floor
Chicago, IL 60606
Phone: (312) 494-1000
Email: erosen@rfclaw.com
sbenjamin@rfclaw.com
pmoran@rfclaw.com
agrill@rfclaw.com
bjohnson@rfclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day and was served upon all counsel of record via the Court's CM/ECF system.

*/s/ Michael C. Stephenson*

4