# Exhibit

# B

3638\306901938.v1

# ILLINOIS DEPARTMENT OF CORRECTIONS
# INTERNET INMATE STATUS
### AS OF: Thursday, February 6, 2025

## B62100 - BELL, MARCUS

**Parent Institution:** STATEVILLE CORRECTIONAL CENTER
**Offender Status:** RECEPTION
**Location:** NORTHERN RECEPTION CENTER
**Sex Offender Registry Required**

## PHYSICAL PROFILE

**Date of Birth:** 07/13/1972
**Weight:** 225 lbs.
**Hair:** Black
**Sex:** Male
**Height:** 5 ft. 09 in.
**Race:** Black
**Eyes:** Brown

## MARKS, SCARS, & TATTOOS

TATTOO, CHEST - BUNNY

## ADMISSION / RELEASE / DISCHARGE INFO

**Admission Date:** 11/29/2024
**Projected Parole Date:** TO BE DETERMINED
**Last Paroled Date:** 12/07/2023
**Projected Discharge Date:** 3 YRS TO LIFE - TO BE DETERMINED

## SENTENCING INFORMATION

| MITTIMUS: | 07CR0087001 |
|---|---|
| CLASS: | 1 |
| COUNT: | 1 |
| OFFENSE: | CRIM SEX ASLT/VICTIM 13-17 |
| CUSTODY DATE: | 12/07/2006 |
| SENTENCE: | 20 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | NO |

| MITTIMUS: | 9122976 |
|---|---|
| CLASS: | M |
| COUNT: | 1 |
| OFFENSE: | MURDER/INTENT TO KILL/INJURE |
| CUSTODY DATE: | 06/16/1991 |
| SENTENCE: | 28 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |

| MITTIMUS: | 9122976 |
|---|---|
| CLASS: | 1 |
| COUNT: | 1 |
| OFFENSE: | ATTEMPT ARMED ROBBERY |
| CUSTODY DATE: | 06/16/1991 |
| SENTENCE: | 15 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |

The information made available on this database service is for the general public and law enforcement to promote the interest of public safety.  The best effort has been made to ensure that information published is true and complete, however the information can quickly change. Accordingly, before making any assumption that said information is factual and complete, please send written correspondence to the Illinois Department of Corrections- Public Information Office, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277. Please see the Illinois Department of Corrections full disclaimer page for important information.

**conduct another search**
return to the IDOC homepage

Illinois Department of Corrections
1301 Concordia Court, PO Box 19277
Springfield, Illinois, 62794-9277
217-558-2200 | 800-546-0844 TDD