UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Keith Walker
                    Plaintiff,

v.                                                  Case No.: 1:21−cv−04231

Honorable Sunil R. Harjani

Administrator of the Estate of Former Chicago Police Department Commander Jon Burge, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 26, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On the parties' joint agreed motion to extend the discovery cutoff from 9/30/25 to 11/30/25 (doc. #[432]), the Court was disappointed to learn that despite the Court's diligent efforts to get discovery completed in this 2021 case, the parties are requesting yet another extension, and to do more than plaintiff's deposition and the Rule 35 examination. Nonetheless, the parties note their diligence since plaintiff's last change of counsel a year ago, as well as difficulties in serving witnesses and in counsel's being available, amid various illness, injury, and scheduling issues. The Court will not punish the parties over those issues. The motion is granted to 11/30/25 to complete the depositions of the 12 identified witnesses, the deposition of the plaintiff, and the Rule 35 examination of plaintiff, but with no commitment, as was referenced in the motion, to allow additional time for the deposition of Ms. Myerscough−Muller (whose role in this case, if any, has been known to the parties for some time) or for completion of the Rule 35 examination. Those two events, under today's order, would need to be completed by 11/30/25. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.