IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH WALKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADMINISTRATOR OF THE ESTATE OF ) <br> FORMER CHICAGO POLICE ) <br> DEPARTMENT COMMANDER JON ) <br> BURGE, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 21 C 4231 <br><br> Judge Sunil R. Harjani <br><br> Magistrate Judge Gabriel A. Fuentes |

**AGREED ORDER STAYING AND BIFURCATING PLAINTIFF'S *MONELL* CLAIM**

This matter coming before the Court pursuant to the October 20, 2025, referral order (Dkt. 446), Plaintiff and Defendant City of Chicago's Stipulation (Dkt. 440), and this Court's Order granting the City's renewed motion to bifurcate pursuant to such Stipulation (Dkt. 447), **IT IS HEREBY ORDERED** as follows:

Pursuant to the parties' Stipulation (Dkt. 440) and Rule 42(b), further discovery and summary judgment proceedings on the Plaintiff's claims in Count VII against the City under *Monell v. Department of Social Services of City of New York*, 436 U.S. 658 (1978) are bifurcated from Plaintiff's claims against the Defendant Officers and stayed pending the completion of discovery and the adjudication of Plaintiff's claims against the Defendant Officers in summary judgment proceedings.

Dated: October 28, 2025

_____
HONORABLE JUDGE GABRIEL A. FUENTES
United States District Judge