UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Keith Walker

Plaintiff,

v.

Case No.: 1:21−cv−04231

Honorable Sunil R. Harjani

Administrator of the Estate of Former Chicago Police Department Commander Jon Burge, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 17, 2025:

MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the parties' joint status report (doc. [460]), and in lieu of a further in−court hearing, the Court orders as follows in its discretion to manage discovery (Jones v. City of Elkhart, 737 F.3d 1107, 1115 (7th Cir. 2013)): The fact discovery cutoff in this case is extended to 3/2/26 as a final extension, and only to complete the Rule 35 examination and the discovery set forth without objection in the status report, and with witness Myerscough−Mueller to be deposed on 1/27/26 by agreement. No other discovery may be conducted during the extended period in this 2021 case. A joint status report on discovery progress and settlement status is due at noon on 2/23/26, with the report to address: (1) the anticipated 3/2/26 closure of fact discovery; (2) the parties' proposals for the scheduling of expert discovery, which is not premature, and if a schedule is not proposed, there will be no expert discovery allowed in this case), and (3) whether there is mutual interest in a settlement conference before the magistrate judge. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.