## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KEITH WALKER,<br>　　　Plaintiff,<br><br>　　v.<br><br>ADMINISTRATOR OF THE ESTATE OF<br>FORMER CHICAGO POLICE<br>DEPARTMENT COMMANDER JON<br>BURGE, *et al.*,<br>　　　Defendants. | Case No. 21 C 4231<br><br>Judge Sunil R. Harjani<br><br>Magistrate Judge Gabriel A. Fuentes |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, KEITH WALKER, by and through his attorneys, PERL & GOODSNYDER, LTD., pursuant to Rule 6 of the Federal Rules of Civil Procedure (FRCP 6), and moves this Court for an extension of time to file a response to Defendants' Motion to Compel the Deposition of Witness Myerscough-Mueller. In support thereof, Plaintiff states as follows:

1. On December 17, 2025, this Court issued a minute entry providing as follows:

   > The fact discovery cut off in this case is extended to 3/2/26 as a final extension, and only to complete the Rule 35 examination and the discovery set forth without objection in the status report, and with witness Myerscough-Mueller to be deposed on 1/27/26. No other discovery may be conducted during the extended period in this 2021 case.

   (Dkt. 463).

2. On February 24, 2026, Defendants filed a Motion to Compel the Deposition of Witness Myerscough-Mueller (hereinafter, "Motion to Compel") (Dkt 470).

3. On February 25, 2026, this Court entered a minute order setting the deadline for filing a response to Defendants' Motion to Compel by noon on March 4, 2026. (Dkt. 471).

4. Rule 6 of the Federal Rules of Civil Procedure provides, in relevant part, as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
>> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;

FRCP 6(b)(1)(A).

5. Plaintiff objects to an extension of time to take the deposition of Lauren Myerscough-Mueller and due to the content of Defendants' Motion to Compel, Plaintiff must file a Response to Defendants' Motion to Compel.

6. As set forth in Plaintiff's Motion for Extension of Time (Dkt. 472), which inadvertently excluded the request for extension of time on this issue, based on counsel's professional commitments, including four (4) responsive pleading deadlines in matters pending in state court, and personal commitments, including travel out of the country from February 26, 2026 until March 8, 2026, counsel for Plaintiff needs additional time to prepare Plaintiff's argument section for Defendants' Motion to Extend and, to the extent the additional disclosures cannot be addressed therein, to file an appropriate Motion before the Court.

7. The deadline for filing a response to Defendants' Motion to Compel has not yet passed.

8. This Motion is not brought for purposes of delay or any improper purpose.

9. No party will be prejudiced by this Honorable Court's granting the request for an extension of time.

10. Plaintiff would be unduly prejudiced should this Honorable Court deny his request for an extension of time.

11. Defendants' Position: Defendants have no objection to plaintiff's request for an extension of time to file his response by March 13, 2026. Defendants ask for seven (7) days thereafter, by March 20, 2026, to file a reply in support of their motion to compel.

**WHEREFORE**, the Plaintiff, **KEITH WALKER**, by and through his attorneys, **PERL & GOODSNYDER**, **LTD.,** respectfully requests this Honorable Court:

A. Grant Plaintiff, **KEITH WALKER**, until March 13, 2026, to file a Response to Defendants' Motion to Compel the Deposition of Witness Myerscough-Mueller; and

B. Grant any further relief this Court deems fair, just, and equitable.

Dated: February 26, 2026

Respectfully submitted on behalf of the:
Plaintiff, **KEITH WALKER**,

By and through his attorneys:
PERL & GOODSNYDER, LTD.

By: *Allen R. Perl*
Mr. Allen R. Perl
One of Plaintiff's Attorneys

Mr. Allen R. Perl
Mr. Christopher M. Goodsnyder
PERL & GOODSNYDER, LTD.
14 North Peoria Street
Suite 2C
Chicago, Illinois 60607
(312) 243-4500
aperl@perlandgoodsnyder.com
cgoodsnyder@perlandgoodsnyder.com
ARDC # 6191920
ARDC # 6216156