**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KEITH WALKER,
     Plaintiff,

     v.

ADMINISTRATOR OF THE ESTATE OF
FORMER CHICAGO POLICE
DEPARTMENT COMMANDER JON
BURGE, *et al.*,
     Defendants.

Case No. 21 C 4231

Judge Sunil R. Harjani

Magistrate Judge Gabriel A. Fuentes

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE**
**TO FILE UNDER SEAL**

Plaintiff, by and through his attorneys, PERL & GOODSNYDER, LTD., states as follows in support of his Opposed Motion for Leave to File Under Seal:

1. Plaintiff requests leave to file under seal by redaction a portion of his Exhibit 2 to his Response in Opposition to Defendants' Motion to Compel the Deposition of Lauren Myerscough-Mueller, as the referenced portion of Plaintiff's Exhibit 2 details specific mental health diagnoses.

2. Plaintiff requests leave to file under seal by redaction a portion of his Opposed Motion to Terminate Dr. Klipfel's Role as Rule 35 Examiner and Bar any Report Resulting From her Examination and portions of Exhibits C and G thereto, as the referenced portions detail specific mental health diagnoses.

3. The referenced portions of Exhibit 2 to Plaintiff's Response in Opposition to Defendants' Motion to Compel the Deposition of Lauren Myerscough-Mueller and Opposed Motion to Terminate Dr. Klipfel's Role as Rule 35 Examiner and Bar any

Report Resulting From her Examination, as well as Exhibits C and G thereto contain sensitive information protected by HIPAA and the protective order entered in this matter. As such, the referenced portion of Exhibit 2 to the Response, Motion to Terminate, and Exhibits C and G thereto will need to be redacted and filed under seal.

4. Plaintiff's undersigned counsel sent counsels for Defendants correspondence on March 13, 2026, seeking their position on this motion. However, counsels for Defendants failed to respond. Accordingly, this Motion is marked as opposed.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant Plaintiff's Unopposed Motion for Leave to File Under Seal allowing him to file Exhibit 2 to his Response in Opposition to Defendants' Motion to Compel the Deposition of Lauren Myerscough-Mueller, his Opposed Motion to Terminate Dr. Klipfel's Role as Rule 35 Examiner and Bar any Report Resulting From her Examination, and Exhibits C and G thereto with partial redactions and for any further relief this Court deems just and reasonable.

Dated: March 16, 2026.

Respectfully submitted on behalf of the:

Plaintiff, **KEITH WALKER**,

By and through his attorneys:

PERL & GOODSNYDER, LTD.

By: *Allen R. Perl*
Mr. Allen R. Perl
One of Plaintiff's Attorneys

2

Mr. Allen R. Perl
Mr. Christopher M. Goodsnyder
PERL & GOODSNYDER, LTD.
14 North Peoria Street
Suite 2C
Chicago, Illinois 60607
(312) 243-4500
aperl@perlandgoodsnyder.com
cgoodsnyder@perlandgoodsnyder.com
ARDC # 6191920
ARDC # 6216156

## **CERTIFICATE OF SERVICE**

I, Christopher Goodsnyder, an attorney, certify that on March 16, 2026, I filed the foregoing Plaintiff's Unopposed Motion for Leave to File Under Seal using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Christopher M. Goodsnyder
*One of Plaintiff's Attorneys*

3