**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Keith Walker

                                               Plaintiff,

v.

                                               Case No.:
                                               1:21−cv−04231
                                               Honorable Sunil
                                               R. Harjani

Administrator of the Estate of Former Chicago Police
Department Commander Jon Burge, et al.

                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 6, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Hearing held on plaintiff's motion to extend discovery to allow for plaintiff's deposition (doc. #[512]). For the reasons stated on the record, the motion is granted, with plaintiff's deposition anticipated in July 2026 after plaintiff reviews Klipfel report and submits motion seeking any accommodations during such deposition no later than noon on 5/29/26, and if motion is contested, response due by noon on 6/12/26. Defendants are ordered to produce the Klipfel report by 3 p.m. on 4/10/26. The earlier plaintiff's motion to extend (doc. #[511]) is denied without prejudice as moot. Fact closure of 5/29/26 stands for all other purposes. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.