## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Keith Walker

                           Plaintiff,

v.

                           Case No.:
                           1:21−cv−04231
                           Honorable Sunil R. Harjani

Administrator of the Estate of Former Chicago Police
Department Commander Jon Burge, et al.

                           Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

     MINUTE entry before the Honorable Gabriel A. Fuentes: Hearing held on third−party Bell's motion to reconsider (doc. #[531]) the Court's earlier order (doc. #[530]) concerning defendants' motion to conduct the Bell deposition for a total of more than seven hours (doc. #[521]). For the reasons stated on the record, the reconsideration motion is granted, as the Court had intended to hear from Bell and ruled without having done so, making its initial order an error of apprehension for reconsideration purposes. See Ellenby Techs., Inc. v. Fireking Sec. Group, 533 F. Supp. 3d 656 (N.D. Ill. 2021). As to the substance of the motion for additional deposition time, for the reasons stated on the record, the motion to reconsider is granted to the extent that the total deposition time is permitted to exceed seven hours by 36 minutes, with the defense side (all defendants) having one hour of examination, and the plaintiff having one more hour of examination. The Bell deposition is to occur no later than 7/31/26, and defense counsel is to provide to plaintiff's and Bell's counsel, no later than noon on 6/5/26, a list of the 20−21 recorded calls referenced by defense counsel in open court today as of significance. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.